IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CURTIS EDWARD NELSON,        )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:23cv445-MHT
                             )          (WO)
WEXFORD HEALTH SOURCES,      )
INC., et al.,                )
                             )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that he was placed on suicide watch without justification repeatedly at various Alabama prisons.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of April, 2024.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**